```
                IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE DISTRICT OF PUERTO RICO
In re:                              :
                                    :
MARTINEZ ARIAS COMPANY, INC.        :
                                    :   Case No.: 02-12775 (GAC)
                                    :
                                    :   Chapter : 07 (Asset)
Debtor                              :
................................:
```

                TRUSTEE'S REPORT ON UNCLAIMED MONEYS
              AND TRANSFER OF SAID FUNDS TO THE CLERK

TO THE HONORABLE COURT:

   Comes now, John A. Zerbe, duly appointed, qualified and acting trustee and pursuant to 11 USC 347(a) and Title 28 (i.e. #2042) reports the following:

   1. An order of Final Distribution was entered by this Court, checks were issued accordingly, and the required time has elapsed for the cancellation of same.

   2. To date the bank account of this estate attached herein reflects that the sum of $31,479.29 is still on deposit representing unclaimed moneys due to the following listed creditor:

| Creditor's Name & Address | Amount Unclaimed |
|---|---|
| DEPARTMENT OF TREASURY<br>Seccion de Quiebras, Oficina 424-B<br>PO Box 9024140<br>San Juan, PR 00902-4140 | $31,479.29 |

WHEREFORE, the trustee hereby reports that he has issued a check representing unclaimed moneys in the amount of $31,479.29 payable to the Clerk, U.S. Bankruptcy Court, in order to reduce the estate's bank account to "0".

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 17th day of June 2009.

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of said filing to parties appearing in said system.

                              /s/ J. Zerbe
                        John A. Zerbe, Trustee
                        165 Ave. De Diego
                        Urb. San Francisco
                        Rio Piedras, PR 00927
                        (787) 765-8877

✱ CHECKED JUN - 9 2009

# ESTADO DE CUENTA

JOHN A ZERBE ATF BK ESTATE OF
MARTINEZ ARIAS CO., INC.
CASO 0212775GAC
SECT INST 977 PO BOX 362589
SAN JUAN PR 00936-2589

Página 1
Número de cuenta 3003973300
Desde 30 Abr 2009
Hasta 29 May 2009

Caso #
0212775GAC

Total de depósitos en el Banco $ 31,479.29
Total de préstamos en el Banco $ 0.00

Para preguntas llamar a  BANCO EN CASA (787)281-2000 ó 1-800-726-8263

Todo reemplazo o tarjeta adicional de tarjeta de débito tendrá un costo de $3
(Este cargo no aplica a renovaciones automaticas).



## TRUSTEE
Número de cuenta 3003973300

| | | |
|---|---|---|
| Balance inicial | | $ 31,479.29 |
| Depósitos y otros créditos | 0 | + 0.00 |
| Cheques pagados y otros retiros | 0 | - 0.00 |
| Balance final | | $ 31,479.29 |

### Información de intereses

Intereses ganados $ 0.00 basado en periodo de 029 Dias
Con una tasa anual de rendimiento de 0.00 %
Intereses acreditados a la fecha 1.29

### Resumen de créditos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 04/30 | Bal. Compens. 0.00 | |
| 04/30 | Tasa int. anual 0.000 % | |

### Resumen de balance diario de la cuenta

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 05/29 | 31,479.29 | | | | |